UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONALD J. CRANSTON, JR., JOSEPH MORANDE,     03 Civ. 6378 (NGG)
ANTHONY FASULO, DAVID MONTELLE, ROCCO
CIANCIO and LUCIANO FALZONE, as Trustees and
Fiduciaries of the PAVERS AND ROAD BUILDERS
DISTRICT COUNCIL WELFARE, PENSION,
ANNUITY AND APPRENTICESHIP, SKILL     **DEFAULT JUDGMENT**
IMPROVEMENT AND TRAINING FUNDS,

                     Plaintiffs,

-against-

CAPORUSSO CONTRACTING CORP.,

                     Defendant.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 2 9 2005 ★

BROOKLYN OFFICE

    The summons and Complaint, as well as the First Amended Complaint, in this action having been duly served on the above-named defendant Caporusso Contracting Corp., and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed affidavit of default judgment.

    NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

    ORDERED AND ADJUDGED, that plaintiffs DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS, do recover of CAPORUSSO CONTRACTING CORP., the defendant residing at 72 Sharrott Avenue, Staten Island, New York 10309, the sum of $14,599.20 for delinquent contributions, plus

the interest in the amount of $4,060.00, liquidated damages in the sum of $1,459.92, attorneys' fees in the sum of $2,843.75, and court fee in the sum of $150.00, amounting in all to the sum of $24,213.87, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:

Brooklyn NY
April 29, 2005

So ordered.

By:_____